**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 23-10009 |
| Plaintiff-Appellee, | D.C. No. 4:21-cr-03296-SHR-EJM-1 |
| v. | |
| JOSE LUIS PLAZA, Jr., | MEMORANDUM* |
| Defendant-Appellant. | |

Appeal from the United States District Court
for the District of Arizona
Scott H. Rash, District Judge, Presiding

Submitted June 26, 2023**

Before:    CANBY, S.R. THOMAS, and CHRISTEN, Circuit Judges.

Jose Luis Plaza, Jr. appeals from the district court's judgment and challenges

his guilty-plea conviction and 60-month sentence for smuggling goods from the

United States, in violation of 18 U.S.C. § 554(a).  Pursuant to *Anders v. California*,

386 U.S. 738 (1967), Plaza's counsel has filed a brief stating that there are no

---

\*    This disposition is not appropriate for publication and is not precedent
except as provided by Ninth Circuit Rule 36-3.

\*\*    The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

grounds for relief, along with a motion to withdraw as counsel of record. We have provided Plaza the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80-81 (1988), discloses no arguable grounds for relief on direct appeal as to Plaza's conviction, 60-month custodial sentence, and 3-year term of supervised release. Concerning the conditions of Plaza's supervised release, we find no arguable issues except as to special conditions 1 and 4, which involve an unconstitutional delegation of authority under *United States v. Nishida*, 53 F.4th 1144, 1151-55 (9th Cir. 2022). We accordingly vacate those conditions and remand for the district court to modify them in a manner consistent with *Nishida*. As to all other issues, we affirm.

Counsel's motion to withdraw is **GRANTED**.

**AFFIRMED in part; VACATED in part; and REMANDED with instructions.**